```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-00408-JJT
Richard V. Uher                                                     Chapter 13
Kathryn L. Uher
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh            Page 1 of 1           Date Rcvd: Sep 12, 2016
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db/jdb        +Richard V. Uher,   Kathryn L. Uher,   182 Spedding Rd.,   Greenfield Twp., PA 18407-3518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nelson  Diaz    on behalf of Creditor    Bank of America, N.A. ndiaz@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Nicole Bernadette LaBletta    on behalf of Creditor    Bank of America, N.A. nlabletta@udren.com,
               vbarber@udren.com
              Tullio  DeLuca    on behalf of Joint Debtor Kathryn L. Uher tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor Richard V. Uher tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard V. Uher  
aka Richard Uher  
182 Spedding Rd.  
Greenfield Twp., PA 18407

Kathryn L. Uher  
aka Kathy L. Uher, aka Kathryn Louise Uher, aka Kathryn Uher  
182 Spedding Rd.  
Greenfield Twp., PA 18407

Chapter 13  
Case No. 5:13−bk−00408−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6575  
xxx−xx−6901

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 12, 2016

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk